# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT JACKSON,

    Petitioner,

vs.

WARDEN WILLIAMS, et al.,

    Respondents.

Case No. 2:16-cv-02033-APG-NJK

**ORDER**

    The court dismissed this action without prejudice to commencing a <u>new</u> action because petitioner did not pay the filing fee or file an application to proceed <u>in forma pauperis</u>. ECF No. 3. Instead of following instructions, petitioner has filed an application to proceed <u>in forma pauperis</u> (ECF No. 8) and a motion to reopen (ECF No. 9) in this action.[1] Petitioner should follow the court's instructions and commence a new action.

    IT IS THEREFORE ORDERED that the application to proceed <u>in forma pauperis</u> (ECF No. 8) is **DENIED**.

    IT IS FURTHER ORDERED that the motion to reopen (ECF No. 9) is **DENIED**.

    Dated: November 30, 2016.

                                                  ANDREW P. GORDON
                                                United States District Judge

---

[1] Petitioner states that the court has granted him leave to proceed <u>in forma pauperis</u> in case 2:16-cv-01878-APG-GWF. The docket for that case shows that the application to proceed <u>in forma pauperis</u> still is pending.